UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                          Case No. 07-cr-52-01-PB

**Bienvenido Jerez**

**ORDER**

The presentence report and the underlying police reports confirm the government's assertion that the convictions at issue were separated by an intervening arrest. Therefore, the defendant is not entitled to the relief he seeks. The motion for resentencing (Doc. No. 21) is denied.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 3, 2008

cc:  Jonathan Saxe, Esq.
     Clyde Garrigan, Esq.
     United States Probation
     United States Marshal